# EXHIBIT A

CONSENTIMIENTO PARA ACCION FLSA

Por este medio doy mi consentimiento para que se haga una demanda por salarios que puede que me deben bajo la Ley de Normas Justas de Trabajo.  Yo les autorizo a mis abogados a que me representen ante cualquier tribunal o agencia sobre estas reclamaciones, incluyendo la presentación de un caso el cual yo soy la parte Demandante en una acción colective de conformidad con 29 U.S.C. § 216.

NOMBRE      Armando Rubio Flores

FIRMA         s/Armando Rubio Flores

FECHA        10/10/2024

FLSA CONSENT FORM

I hereby give my consent to sue for wages that may be owed to me under the Fair labor Standards Act.  I hereby authorize my attorneys to represent me before any court or agency on these claims, including filing a case where I am the party Plaintiff in a collective action pursuant to 29 U.S.C. § 216.

NAME          Armando Rubio Flores

SIGNATURE  s/ Armando Rubio Flores

DATE          10/10/2024

CONSENTIMIENTO PARA ACCION FLSA

Por este medio doy mi consentimiento para que se haga una demanda por salarios que puede que me deben bajo la Ley de Normas Justas de Trabajo.  Yo les autorizo a mis abogados a que me representen ante cualquier tribunal o agencia sobre estas reclamaciones, incluyendo la presentación de un caso el cual yo soy la parte Demandante en una acción colective de conformidad con 29 U.S.C. § 216.

NOMBRE        Alfonso Angeles Hernandez
FIRMA         s/ Alfonso Angeles Hernandez
FECHA         10/09/2024

FLSA CONSENT FORM

I hereby give my consent to sue for wages that may be owed to me under the Fair labor Standards Act.  I hereby authorize my attorneys to represent me before any court or agency on these claims, including filing a case where I am the party Plaintiff in a collective action pursuant to 29 U.S.C. § 216.

NAME          Alfonso Angeles Hernandez
SIGNATURE     s/ Alfonso Angeles Hernandez
DATE          10/09/2024

CONSENTIMIENTO PARA ACCION FLSA

Por este medio doy mi consentimiento para que se haga una demanda por salarios que puede que me deben bajo la Ley de Normas Justas de Trabajo.  Yo les autorizo a mis abogados a que me representen ante cualquier tribunal o agencia sobre estas reclamaciones, incluyendo la presentación de un caso el cual yo soy la parte Demandante en una acción colective de conformidad con 29 U.S.C. § 216.

NOMBRE     Israin Hernandez Jacobo

FIRMA        s/Israin Hernandez Jacobo

FECHA       10/08/2024

FLSA CONSENT FORM

I hereby give my consent to sue for wages that may be owed to me under the Fair labor Standards Act.  I hereby authorize my attorneys to represent me before any court or agency on these claims, including filing a case where I am the party Plaintiff in a collective action pursuant to 29 U.S.C. § 216.

NAME            Israin Hernandez Jacobo

SIGNATURE    s/Israin Hernandez Jacobo

DATE            10/08/2024