IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02853-DDD-NRN | Date:   August 22, 2025 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| ARMANDO RUBIO FLORES,<br>ALFONSO ANGELES HERNANDEZ,<br>ISRAIN HERNANDEZ JACOBO,<br>Individually and on behalf of all others similarly situated, | David Valleau (Via telephone)<br>Deanna Tomborelli<br>Jennifer Rodriguez |
| Plaintiffs, | |
| v. | |
| J & T HARVESTING LLC,<br>MARIA DIANA OLIVAREZ MILLS (aka DIANA OLIVAREZ RAMON, DIANA OLIVARES, DIANA RAMON), Individually,<br>JOHN JEFFREY RAMON, Individually,<br>TATIANA BRAVO Individually,<br>MOUNTAINKING POTATOES, INC.,<br>FARMING TECHNOLOGY, INC. d/b/a MOUNTAINKING POTATOES, INC.,<br>FARMING TECHNOLOGY CORPORATION d/b/a MOUNTAINKING POTATOES, INC., and SMOKIN-SPUDS, INC. d/b/a MOUNTAINKING POTATOES, INC., | Florencio Lopez (Via telephone)<br><br><br><br><br><br>Tyler Respondek<br>William Thomas |
| Defendants. | |

### COURTROOM MINUTES

**MOTION HEARING**

**11:05 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Plaintiffs' Motion for Conditional Certification of Collective Action and Court Authorized Notice (ECF No. 50).

Arguments by counsel.

For the reasons stated on the record, Plaintiffs' Motion for Conditional Certification of Collective Action and Court Authorized Notice (**ECF No. 50**) is **GRANTED in part** and **TAKEN UNDER ADVISEMENT in part**.  The Motion for Conditional Certification is granted and the form of notice has been agreed to by the parties.  The *method* of notice has not been agreed to and the Court takes the method of notice and issue of the length of time for opt-ins under advisement.  A written order will issue confirming the grant of conditional certification and outlining the method of notice.

**11:52 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:47

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.