**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:24-cv-02853-DDD-NRN

ARMANDO RUBIO FLORES, ALFONSO ANGELES
HERNANDEZ, ISRAIN HERNANDEZ JACOBO,
URIEL CRUZ BAUTISTA, Individually and on behalf
of all others similarly situated,

Plaintiffs,

v.

J & T HARVESTING LLC, MARIA DIANA OLIVAREZ MILLS
(aka DIANA OLIVAREZ RAMON, DIANA OLIVARES, DIANA
RAMON), Individually, JOHN JEFFREY RAMON, Individually,
TATIANA BRAVO Individually, MOUNTAINKING POTATOES, INC.,
FARMING TECHNOLOGY, INC. d/b/a MOUNTAINKING POTATOES, INC.,
FARMING TECHNOLOGY CORPORATION d/b/a MOUNTAINKING
POTATOES, INC., and SMOKIN-SPUDS, INC. d/b/a MOUNTAINKING
POTATOES, INC.

        Defendants.

---

**THE SMOKIN-SPUDS DEFENDANTS' JOINDER IN SUPPORT OF PLAINTIFFS'**
**MOTION TO COMPEL AND FOR SANCTIONS AGAINST J&T DEFENDANTS AND**
**THEIR COUNSEL**

---

Defendants MountainKing Potatoes, Inc., Farming Technology Inc., Farming Technology

Corporation, and Smokin-Spuds, Inc. (hereinafter, the "Smokin-Spuds Defendants"), by and

through its counsel, O'HAGAN MEYER PLLC, hereby submit this Joinder in Support of

Plaintiffs' Motion to Compel and for Sanctions Against J&T Defendants and Their Counsel:

**CERTIFICATION OF COUNSEL**

On February 26, 2026, the Smokin-Spuds Defendants' counsel reasonably attempted to

confer with counsel for Plaintiffs and counsel for J&T Harvesting LLC, Maria Diana Olivarez

Mills, John Jeffrey Ramon, and Tatiana Bravo (the "J&T Defendants") regarding this Joinder.

1

## INTRODUCTION

Based on their review of the Motion to Compel and for Sanctions Against J&T Defendants and Their Counsel (the "Motion"), the Smokin-Spuds Defendants believe the Motion seeks to compel the J&T Harvesting LLC, Maria Diana Olivarez Mills, John Jeffrey Ramon, and Tatiana Bravo (the "J&T Defendants") to respond to written discovery, attend depositions of the J&T Defendants' Rule 30(b)(6) representative and Diana Maria Olivarez Mills, produce all documents related to the Court's October 21, 2025 Order on Motion for Conditional Certification and Court Authorized Notice (ECF No. 68), and enter sanctions related to J&T Defendants' and their counsel's noncompliance. For the reasons set forth in the Motion, and those set forth below, the Smokin-Spuds Defendants assert that Plaintiffs' requested relief is proper under the circumstances and the Motion should be granted.

## ARGUMENTS IN SUPPORT OF JOINDER

The Smokin-Spuds Defendants assert – as they have throughout every phase of this case to date – that they did not employ Plaintiffs or any of the putative class members (*See, e.g.*, ECF No. 29 at 4; No. 58 at 2; No. 80-1 at 10). Instead, the J&T Defendants are who employed Plaintiffs and the putative class members (*See* ECF No. 46). More importantly, as the employer, the J&T Defendants have documents and information that goes to the heart of Plaintiffs' claims, damages, and, critically, the Smokin-Spuds Defendants' defenses thereto. This includes *inter alia* records related to Plaintiffs and the putative class's pay; the alleged fees/expenses they were charged; information to confirm the identities of the putative class members; and other records related to Plaintiffs and the putative class members' work in the United States.

The J&T Defendants are the only entity/individuals with access to this essential evidence. If the J&T Defendants continue to ignore this case – including this Court's orders and the discovery

process – the Smokin-Spuds Defendants will be highly prejudiced in terms of defending themselves as to Plaintiffs' claims. Without the J&T Defendants participation, the foregoing evidence will not be accessible for future phases of this case – including a motion for summary judgment and trial – which will significantly impede (if not wholly undermine) the Smokin-Spuds Defendants ability to defend themselves in this matter and to obtain a fair trial.

Therefore, compelling the J&T Defendants and their attorney to respond to the discovery at issue and to comply with this Court's Order is necessary and warranted. Accordingly, the Smokin-Spuds Defendants' hereby join Plaintiffs' Motion, and, in support thereof, the Smokin-Spuds Defendants adopt the facts, evidence, legal authority, and arguments set forth in the Motion (*see* ECF No., pp. 1–14) and incorporates the same (with certain caveats) as if set forth herein.[1]

## **CONCLUSION**

For the reasons set forth above, as well as the reasons outlined in Plaintiffs' Motion, the Smokin-Spuds Defendants respectfully request that the Court GRANT Plaintiffs' Motion to Compel and for Sanctions Against J&T Defendants and Their Counsel and enter an Order as the Court deems appropriate under the circumstances.

---

[1] This adoption and incorporation includes the Preliminary Statement, Relevant Factual Background (as well as the evidence cited therein), the Argument sections therein, and the Conclusion, except for the following: (1) Plaintiffs' characterization of the putative class members, their Second Amended Complaint, or the claims therein; and (2) the Smokin-Spuds Defendants note that their representation related to the putative class members as cited in Plaintiffs' Motion (*see* ECF No. 82 at 8), in its entirety, is as follows: "To the best of their knowledge, the Smokin-Spuds Defendants have no additional information or records related to Plaintiffs or the putative class members, including contact information." (ECF No. 58 at 5).

Respectfully submitted,

O'HAGAN MEYER, PLLC

By:     */s/ William R. Thomas*
        William R. Thomas, Esq.
        Tyler Garrett Respondek, Esq.
        1331 17th Street, Suite 350
        Denver, Colorado 80202
        (303) 652-5881
        wthomas@ohaganmeyer.com
        grespondek@ohaganmeyer.com
        ***Attorneys for the Smokin-Spuds Defendants***

Dated:  February 26, 2026

## CERTIFICATION OF TYPE-VOLUME LIMITATIONS

The undersigned hereby certifies, pursuant to and in reliance on the word count function of the word-processing system being used, that the Smokin-Spuds Defendants' Joinder in Support of Plaintiffs' Motion to Compel and For Sanctions Against J&T Defendants and Their Counsel complies with the type-volume limitation set forth in Judge Domenico's Practice Standards (Civil Cases) III(A)(1).

Respectfully submitted,

O'HAGAN MEYER, PLLC

By:     */s/ William R. Thomas*
        */s/ Tyler Garrett Repondek*
        William R. Thomas, Esq.
        Tyler Garrett Respondek, Esq.
        1331 17th Street, Suite 350
        Denver, Colorado 80202
        (303) 652-5881
        wthomas@ohaganmeyer.com
        grespondek@ohaganmeyer.com
        ***Attorneys for the Smokin-Spuds Defendants***

Dated:  February 26, 2026

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 26th day of February, 2026, a true and correct copy of **THE SMOKIN-SPUDS DEFENDANTS' JOINDER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS AGAINST J&T DEFENDANTS AND THEIR COUNSEL** was filed and served electronically via the CM/ECF system which will send notification of the filing to the following:

David W. Valleau, Esq.
Deanna L. Tamborelli, Esq.
Jenifer C. Rodriguez, Esq.
Colorado Legal Services
1905 Sherman Street, Suite 400
Denver, CO 80203
dvalleau@colegalserv.org
dtamborelli@colegalserv.org
jrodriguez@colegalserv.org
*Counsel for Plaintiffs*

Florencio Lopez, Esq.
The Law Office of Florencio Lopez
801 West 20th Street, No. 9
Mission, TX 78572
flobasi@yahoo.com
*Counsel for the J&T Defendants*

<u>*s/ Ramona Raub*</u>
Ramona Raub, Legal Assistant

5