IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02853-DDD-NRN

ARMANDO RUBIO FLORES,
ALFONSO ANGELES HERNANDEZ,
ISRAIN HERNANDEZ JACOBO,
Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

J & T HARVESTING LLC,
MARIA DIANA OLIVAREZ MILLS (aka DIANA OLIVAREZ RAMON, DIANA
OLIVARES, DIANA RAMON), Individually,
JOHN JEFFREY RAMON, Individually,
TATIANA BRAVO Individually,
MOUNTAINKING POTATOES, INC.,
FARMING TECHNOLOGY, INC. d/b/a MOUNTAINKING POTATOES, INC.,
FARMING TECHNOLOGY CORPORATION d/b/a MOUNTAINKING POTATOES, INC.,
and
SMOKIN-SPUDS, INC. d/b/a MOUNTAINKING POTATOES, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This case is before the Court on Plaintiffs' Motion for Attorney Fees and Costs Against J&T Defendants and Their Counsel (ECF No. 94) and the JT Defendants' Motion for Relief from Order, Motion to Compel Discovery, and Motion for Sanctions Pursuant to Rule 60(b) and Related Rules (ECF No. 97).

It is hereby ORDERED that a Motion Hearing is set for May 29, 2026 at 11:00 a.m. Mountain Time. Briefing on subject motions will be governed by D.C.COLO.LCivR 7.1(d). The Motion Hearing will be conducted via telephone. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: April 22, 2026