UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Cause No: 1:24-CV-02853-DDD-NRN

ARMANDO RUBIO FLORES,

ALFONSO ANGELES HERNANDEZ,

ISRAIN HERNANDEZ JACOBO,

URIEL CRUZ BAUTIST, INDIVIDUALLY

AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,


VS.

J& T HARVESTING LLC,

MARIA DIANA OLIVAREZ MILLS, JOHN JEFFREY RAMON,

TATIANA BRAVO, MOUNTAINKING POTATOES, INC. FARMING TECHNOLOGY,
INC. SMOKIN-SPUDS, INC.


# MOTION TO NOTIFY COURT AND PARTIES OF DEFENSE COUNSEL'S DISABILITY AND REQUEST FOR REASONABLE ACCOMMODATIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, **J& T HARVESTING,** by and through undersigned counsel, and files this Motion to Notify the Court and all parties of counsel's disability and to request reasonable accommodations. In support thereof, counsel respectfully shows the following:


## I. NOTICE OF DISABILITY

1. Undersigned counsel represents the Defendant in the above-styled and numbered cause.
2. Counsel respectfully notifies the Court that he/she has a disability, specifically **Snowy syndrome (Blindness)**, which substantially limits one or more major life activities,

including but not limited to reviewing written materials and discovery in standard formats.

## II. NEED FOR ACCOMMODATIONS

3. Due to this disability, counsel requires reasonable accommodations to effectively represent the Defendant and to ensure compliance with due process and effective assistance of counsel.
4. Such accommodations may include, but are not limited to:
   - Additional time to review discovery and case materials;
   - Provision of discovery in accessible formats (e.g., electronic, text-readable, or audio formats);
   - Flexibility with scheduling deadlines and hearings;
   - Any other accommodations deemed appropriate by the Court.

## III. LEGAL BASIS

5. This request is made pursuant to applicable provisions of the **Americans with Disabilities Act (ADA)**, 42 U.S.C. § 12101 et seq., and corresponding state laws, which require reasonable accommodations to ensure equal access to the courts.
6. Granting this motion will ensure that Defendant's constitutional right to effective assistance of counsel is fully protected.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court:

1. Acknowledge counsel's disability;
2. Order that reasonable accommodations be provided as necessary;
3. Grant additional time where needed to allow counsel to adequately prepare; and
4. Grant such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**Florencio Lopez**  _/s/ Florencio Lopez __
State Bar No. 24001268
Law Office of Florencio Lopez
1409 S. 9th Street. Edinburg, Texas 78539
Tel. 956-393-9603
Flobasi@yahoo.com

**ATTORNEY FOR DEFENDANT**

**Approved By:**

_____

**J & T HARVESTING**

**Maria Diana Olivarez**

**Tatiana Bravo**

Respectfully submitted,

/s/ Florencio Lopez

**Florencio Lopez**
Counsel for Defendant
1409 S. 9th Street. Suite.104 Edinburg, Texas 78539
Tel.956-393-9603
Flobasi@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on this 28 day of May, **2026**.

/s/ Florencio Lopez

**Florencio Lopez**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 28 day of MAY, 2026.


Florencio Lopez


**David William Valleau**

Colorado Legal Services

1560 Broadway

Suite 1100

Denver, CO 80202

303-866-9344

Email: dvalleau@colegalserv.org


**Deanna Lynn Tamborelli**

COLORADO LEGAL SERVICES

1560 Broadway

Suite 1100

Denver, CO 80202

303-866-934

Email: dtamborelli@colegalserv.org


**Aria Vaughan**

Rathod Mohamedbhai LLC

2701 Lawrence Street

Suite 100

Denver, CO 80205

205-790-3091

Email: av@rmlawyers.com


**Ian Ross**

Rathod Mohamedbhai LLC

2701 Lawrence Street

Suite 100

Denver, CO 80205

205-790-3091

Email: ir@rmlawyers.com

**Iris Halpern**

Rathod Mohamedbhai LLC

2701 Lawrence Street

Suite 100

Denver, CO 80205

303-578-4400

Fax: 303-578-4401

Email: ih@rmlawyers.com


**Jenifer Cari Rodriguez**

Colorado Legal Services

1560 Broadway

Suite 1100

Denver, CO 80202

303-866-9366

Fax: 303-863-8589

Email: jrodriguez@colegalserv.org


**Anna G. Goldman**

O'Hagan Meyer PLLC

1331 17th Street

Suite 350

LoDo Towers

Denver, CO 80202

303-652-5882

Email: agoldman@ohaganmeyer.com

**Tyler Garrett Respondek**

O'Hagan Meyer PLLC

1331 17th Street

Suite 350

LoDo Towers

Denver, CO 80202

303-652-5860

Email: grespondek@ohaganmeyer.com


**William Reed Thomas**

O'Hagan Meyer

1331 17th Street

Suite 350

Denver, CO 80202

720-323-4365

Email: wthomas@ohaganmeyer.com