IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 24-cv-02853-DDD-NRN          Date:  June 25, 2026
Courtroom Deputy: Román Villa                 FTR:  Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| ARMANDO RUBIO FLORES,<br>ALFONSO ANGELES HERNANDEZ,<br>ISRAIN HERNANDEZ JACOBO,<br>Individually and on behalf of all others similarly situated, | David Valleau<br>Deanne Tomborelli<br>Aria Vaughn<br>Benjamin DeGolia<br>Ian Ross<br>Jennifer Rodriguez |
| Plaintiff, | |
| v. | |
| J & T HARVESTING LLC,<br>MARIA DIANA OLIVAREZ MILLS (aka DIANA OLIVAREZ RAMON, DIANA OLIVARES, DIANA RAMON), Individually,<br>JOHN JEFFREY RAMON, Individually,<br>TATIANA BRAVO Individually,<br>MOUNTAINKING POTATOES, INC.,<br>FARMING TECHNOLOGY, INC. d/b/a MOUNTAINKING POTATOES, INC.,<br>FARMING TECHNOLOGY CORPORATION d/b/a MOUNTAINKING POTATOES, INC., and<br>SMOKIN-SPUDS, INC. d/b/a MOUNTAINKING POTATOES, INC., | Florencio Lopez<br><br><br><br><br><br>William Thomas |
| Defendants. | |

---

### COURTROOM MINUTES

---

**TELEPHONIC STATUS CONFERENCE**

**1:59 p.m.     Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court pursuant to minute order setting a status conference.

Plaintiffs update the court on the status of the discovery thar Defendant J&T was to produce by June 10, 2026.

**ORDERED**:   Any documents that J&T can locate in response to Plaintiff's interrogatories and requests for production, those documents shall be produced by July 31, 2026.

**ORDERED**:   J&T Defendant shall provide the names and contact information of all the employees that are retained in their cell phones by July 31, 2026.

Court hears further argument on Plaintiffs' Motion for Attorney Fees and Costs Against J&T Defendants and their Counsel (Dkt. #94).

Plaintiffs' Motion for Attorney Fees and Costs Against J&T Defendants and their Counsel (**Dkt. #94**) is **TAKEN UNDER ADVISEMENT**.

Defendant MountainKing addresses the court regarding discovery responses that have not been served on them. Plaintiffs shall provide the MountainKing Defendants with the discovery that was provided to them by J&T.

**ORDERED:**   Further telephonic **Status Conference** set for **August 19, 2026** at **10:00 a.m**. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

Ms. Tamborelli informs the Court that Colorado Legal Services will be moving to withdraw from the case.

**2:39 p.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:40

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at (303) 629-8534.